STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
By: **JOEL K. BROWNING**
Deputy District Attorney
State Bar No. 014489
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: joel.browning@clarkcountyda.com
*Attorneys for Clark County DA Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY RANDOLPH CRANE, an individual,<br><br>Plaintiff<br><br>vs.<br><br>CLARK COUNTY, a political subdivision organized under the law of the State of Nevada; DISTRICT ATTORNEY'S OFFICE, a political subdivision organized under the law of the State of Nevada; DISTRICT ATTORNEY STEVEN WOLFSON, an individual; DEPUTY DISTRICT ATTORNEY MELANIE H. MARLAND, an individual; DEPUTY DISTRICT ATTORNEY WILLIAM J. MERBACK; DEPUTY DISTRICT ATTORNEY SKYLER SULLIVAN, an individual; DEPUTY DISTRICT ATTORNEY BRITTNI LEIGH GRIFFITH, an individual; DEPUTY DISTRICT ATTORNEY PARKER BROOKS, an individual, and DOES I through X, inclusive,<br><br>Defendants | Case No:   2:23-cv-00925-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE [18] AND TO STAY DISCOVERY PENDING AN ORDER OF THE COURT ON DEFENDANTS' MOTION TO DISMISS [15]**<br><br>(Second Request) |

COME NOW Defendants, CLARK COUNTY, CLARK COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY STEVEN B. WOLFSON, DEPUTY DISTRICT ATTORNEY MELANIE H. MARLAND, DEPUTY DISTRICT ATTORNEY WILLIAM J. MERBACK, DEPUTY DISTRICT ATTORNEY SKYLER SULLIVAN, DEPUTY DISTRICT ATTORNEY BRITTNI LEIGH GRIFFITH, and DEPUTY DISTRICT ATTORNEY PARKER BROOKS (hereinafter collectively "Defendants"), by and through their counsel of record, District Attorney STEVEN B. WOLFSON and Deputy District Attorney Joel K. Browning of the Clark County District Attorney's Office and Plaintiff, STANLEY CRANE (hereinafter "Plaintiff"), by and through his attorney of records, Craig A. Mueller, Esq. of the law firm MUELLER & ASSOCIATES, INC., and, pursuant to LR IA 6-1, hereby stipulate and request that this Court extend the deadline regarding Defendants' Reply to Plaintiff's Response [18] filed on or around August 31, 2023, and stay discovery in this matter pending an order of the court on Defendants' Motion to Dismiss [15] filed on or around August 7, 2023.

The current deadline to file a Reply to Plaintiff's Response [18] is September 11, 2023. On Friday, September 1, 2023, after receiving service of Plaintiff's Response [18], counsel for Defendants reached out to Plaintiff's and requested a week extension to prepare the Reply due to the Labor Day holiday and a conference for public attorneys being held September 6, 2023, to September 8, 2023, in Northern Nevada. Plaintiff's counsel was amenable to this extension and requested that discovery also be stayed pending a decision on the pending Motion to Dismiss [15].

Good cause exists to grant the extension for the reply to the Response [18] due to scheduling conflicts. Good cause also exists to grant the stay in discovery as it will serve the interests of judicial economy as the pending motion to dismiss [15] may potentially resolve all or some of the issues in the case thereby narrowing the scope of discovery in this matter.

The parties' respective counsel have agreed to extend the reply deadline by one week until September 18, 2023. This is the second stipulation for an extension to the reply deadline and the first stipulation to stay discovery.

DATED this 5th day of September, 2023.   DATED this 5th day of September, 2023.

| MUELLER & ASSOCIATES, INC | STEVEN B. WOLFSON DISTRICT ATTORNEY |
|---|---|
| */s/ Craig A. Mueller* <br> CRAIG A. MUELLER, ESQ. <br> Nevada Bar No. 4703 <br> 808 S. 7th Street <br> Las Vegas, NV 89101 <br> *Attorney for Plaintiff* | */s/ Joel K. Browning* <br> JEFFREY S. ROGAN, ESQ. <br> Deputy District Attorney <br> Nevada Bar No. 010734 <br> JOEL K. BROWNING <br> Deputy District Attorney <br> Nevada Bar No. 014489 <br> 500 South Grand Central Pkwy. <br> Las Vegas, NV 89155-2215 <br> *Attorney for Defendants* |

# ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Responsive deadlines shall be as follows:

Defendants' Reply Deadline:　　　　　September 18, 2023

**IT IS FURTHER ORDERED** that discovery in this matter be stayed until such time as the court issues an order on Defendants' pending Motion to Dismiss [15].

DATED: September 6, 2023

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by
**STEVEN B. WOLFSON, DISTRICT ATTORNEY**

*/s/ Joel K. Browning*
By:  JEFFREY S. ROGAN
Deputy District Attorney
State Bar No. 010734
By:  JOEL K. BROWNING
Deputy District Attorney
State Bar No. 014489
500 South Grand Central Pkwy.
Las Vegas, Nevada 89155-2215
*Attorneys for Defendants*