AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Stanley Crane

               Plaintiff,

v.

Clark County et al.

               Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00925-CDS-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT in favor of Defendants and against Plaintiff. Case dismissed with Prejudice.

5/29/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Harrington  
Deputy Clerk